# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: January 5, 2018   Case No. 4:14CR00175 AGF

UNITED STATES OF AMERICA vs. Robert Wolfe

Judge: Audrey G. Fleissig   Deputy Clerk: K Battle   Court Reporter: P. Dunn Wecke
Interpreter: n/a   Probation Officer: present

Assistant U.S. Attorney: Erin Granger
Defendant Attorney(s): Zachary Borowiak

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact   [ ] PSR filed under seal
- [ ] Government's Motion is  [ ] granted  [ ] denied
- [x] No Objections to Presentence report filed by either party.
- [ ] Objections to Presentence report filed by [ ] defendant [ ] government.
- [ ] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows:

- [x] Sentence imposed (see judgment)
- [ ] Count(s) _____ dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] Defendant remanded to custody of the USMS
- [x] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
- [ ] Defendant is released on Probation pending processing by USMS
- [x] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [ ] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.
- [x] The defendant has no objection to the MOTION to Dispose of Seized Evidence Not Utilized in Trial.

Proceedings commenced 3:05 P.M.   Concluded 3:50 P.M.