UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | Case No. 4:14CR00150JAR |
| GREG SLOAN, et al., | ) | Case No. 4:14CR00152RWS |
| MARK PALMER, et al., and | ) | Case No. 4:14CR175AGF |
| PAMELA TABATT, et al. | ) | Case No. 4:14CR187JAR |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on the Government's Motion to Dispose of Seized Evidence Not Utilized in Trial.    [USA v. Rao, et al., Case No. 4:14CR00150 JAR, ECF No. 453; USA v Sloan, et al., Case No. 4:14CF00152 RWS ECF No. 1007;   USA v Palmer, et al., Case No. 4:14CR00175 AGF, ECF No. 459; USA v. Tabatt, et al., Case No. 4:14CR00187 JAR, ECF No. 366]   The Government filed the motion on October 27, 2017.   No Defendant in these cases has objected or otherwise responded to the motion, and the time to do so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall have until **Friday, January 19, 2018**, to show cause why the Motion to Dispose of Seized Evidence Not Utilized in Trial should not be granted.   If there is no response or objection, the motion will be granted.

*signature*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2018.